```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

```
UNITED STATES OF AMERICA      )
                              )
         v.                   )    Case No. 1:22-CR-184
                              )
FELIKS MEDVEDEV               )
_____)
```

SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW FELIKS MEDVEDEV, by and through undersigned counsel, and hereby files this Second Unopposed Motion to Continue Sentencing. He asks that the Court continue his currently scheduled sentencing hearing for at least 15 days. The Government does not oppose the Motion.

Mr. Medvedev entered a guilty plea. The Court recently rescheduled his sentencing hearing for September 5, 2024.

Undersigned has recently been diagnosed with significant structural back issues. Surgery is planned for Thursday, August 28, 2024. Counsel anticipates needing several weeks for recovery. Mr. Medvedev therefore asks the Court to continue his sentencing hearing for at least 15 days beyond the currently scheduled date.

Undersigned communicated with AUSA Christopher Huber. Defendant is authorized to represent that the Government does not oppose this Motion.

*(signature on following page)*

Dated: This 27th day of August 2024.

/s/ *Paul S. Kish*
PAUL S. KISH
Georgia State Bar No. 424277
Attorney for FELIKS MEDVEDEV

Kish Law LLC
229 Peachtree Street, NE
Suite 2505
Atlanta, Georgia 30303
404-207-1338
paul@kishlawllc.com

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 27th day of August 2024.

/s/ Paul S. Kish
PAUL S. KISH
Georgia State Bar No. 424277
Attorney for FELIKS MEDVEDEV

Kish Law LLC
229 Peachtree Street, NE
Suite 2505
Atlanta, Georgia 30303
404-207-1338
paul@kishlawllc.com